FILED IN OPEN COURT
9/30/05
Luther D. Thomas, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:05-CR-457-CC |
| ALBERT RAY HARRIS, JR. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about April 30, 2005, in the Northern District of Georgia, the defendant, Albert Ray Harris, Jr., did by fraud and false pretense knowingly enter real property belonging to and leased by the United States, that is, the Centers for Disease Control and Prevention, in violation of Title 18, United States Code, Sections 1036(a)(1) and 1036(b)(2).

### COUNT TWO

On or about April 30, 2005, in the Northern District of Georgia, the defendant, Albert Ray Harris, Jr., did knowingly possess a badge and identification card of a design prescribed by the head of a department and agency of the United States for use by an employee of said department and agency of the United States, that is, an identification card and badge issued by the Center for Disease Control and Prevention for the exclusive use of its employees, without the defendant being authorized under regulation

to possess said badge and identification card, in violation of Title 18, United States Code, Section 701.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

KIM S. DAMMERS
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6187
404/581-6181 (fax)
Georgia Bar No. 425317

2