

CRIMINAL MINUTES

ARRAIGNMENT - SENTENCE
REVOCATION HEARING

Time: 15min

DATE: 12/21/05   TIME: 10:30AM   ATLANTA DIVISION

HONORABLE CLARENCE COOPER, PRESIDING

CASE NO. 1:05-CR-457-CC   DEFENDANT: Albert Ray Harris, Jr.
AUSA: Kim S. Dammers   ATTORNEY: Paul S. Kish
DEPUTY CLERK: Patsy L. Springs   CSO/USM: Terrance McCoy
COURT REPORTER: Amanda Lohnaas

_____ Dft. not appearing, bench warrant issued        _____ Revocation Hearing

_____ Arraignment held                                 _____ Dft admits allegations

_____ Dft. informed of rights     _____                _____ Dft denies allegations.

_____ Motion to change plea and order granting same    _____ Dft continued on probation/
                                                             supervised release
_____ Deft. enters plea of GUILTY to counts_____

_____ Sentencing set for_____

cc: _____ Deft. _____ Cnsl. _____ USA _____ USM _____ USPO

_____ Court finds Deft violated probation/supervised release

_____ Court finds Deft has not violated probation/supervised release

_____ Judgment _____ reinstating _____ modifying _____ revoking probation/supervised release

Prob 1 yr. $Q 20.00 Fine 1,000. (1) periodic drug test suspended (2) make full disclosure (3) pay penalty at rate 100.00; (4) not incur new credit (5) no firearm (6) sub search (7) perform 40 hrs.

_____ Govt motion to dismiss counts and order granting same _____